ORTON, Appellant, v. FIDELITY & DEPOSIT CO. OF MARYLAND, Respondent. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by William J. Orton against the Fidelity & Deposit Company of Maryland. P. S. Menken, for appellant. F. G. Kimball, for respondent. No opinion. Judgment affirmed, with costs.